

One Lincoln Center | Syracuse, NY 13202-1355 | bsk.com

**CHARLES J. SULLIVAN, ESQ.**
csullivan@bsk.com
P: 315.218.8144
F: 315.218.8444

November 25, 2024

**VIA ELECTRONIC FILING**

Hon. Robert E. Littlefield, Jr.
United Sates Bankruptcy Court
U.S. Courthouse & Federal Building
444 Broadway
Albany, NY 12207

Re:   In re: Hudson River Foods Corporation; Chapter 11 Case No. 24-10775

Dear Judge Littlefield:

I enclose herewith for the Court's consideration a proposed Stipulation and Conditional Order Granting Relief from the Automatic Stay and Settling the Stay Relief Motion that has been executed by counsel for the Debtor and the undersigned as counsel for Robert Reiser & Co., Inc., secured creditor in this case.  Please note that the attached proposed Stipulation and Conditional Order settles the Motion seeking relief from the automatic stay filed by my client at Doc No.17 (the "Motion"), and memorializes the Stipulation spread on the record at the hearing before the Court on October 30, 2024.  If the proposed Stipulation and Conditional Order meets with the Court's approval, I respectfully request the Court to sign and enter the same in the captioned case.

Pursuant to the Court's directions at the adjourned hearing on the Motion which took place on November 13, 2024, it is my understanding that the Motion will be removed from the Court's calendar and no appearance in connection with same will be required on November 27, 2024.

I appreciate the Court's time and consideration in this matter.

Respectfully yours,

BOND, SCHOENECK & KING, PLLC

Charles J. Sullivan

CJS/jeh
Enclosure

cc:  Counsel of record (via electronic filing)

18754439.v1-11/25/24

Attorneys At Law | A Professional Limited Liability Company